**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                           Case No: 17-bk-03148-CCJ
                                                                                                 Chapter 13
RENEE ELIZABETH SMITH,
Debtor.

_____/

**AMENDED CHAPTER 13 PLAN**

**CHECK ONE:**

_____ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__X__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.    MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)** $133.00.00 for month 1 (May, 2017) throug 5 (Sept., 2017)

**(B)** $405.00 for month 6 (Oct., 2017)

**(C)** $441.00 for months 7 (Nov., 2017) through 60 (April, 2022)

To pay the following creditors:

**2.    ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $**4,500.00    **Total Paid Prepetition $**1,810.00    **Balance Due $**2,690.00

**Loan Modification:** $0.00 **Total Paid Prepetition: $** 0.00 **Balance Due** $0.00

**Estimated Additional Fees Subject to Court Approval $**_____

**Attorney's Fees Payable through Plan $* Monthly**

*see attached spreadsheet, subject to future modification until all fees above are paid in full

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**3.     PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 digits of Acct. No. | Creditor | Total Claim |
|---|---|---|
| 9224 | INTERNAL REVENUE SERVICE | 1,600.00 @ 4.0% |

*see attached spreadsheet/represents liablity resulting from exam by the IRS for year ending 2012 in the amount of $1000.00 and liablity for 2016 recently filed in the amount of $600.00

**4.     TRUSTEE FEES.**  Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.     SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**(B)     Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
|  |  |  | * |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Int. @ % |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Int. @ % |
|---|---|---|---|---|---|
| none | RESERVE AT OCOEE HOA | 1024 ROYAL MARQUIS CIRCLE, OCOEE, FL 34761 | 10,754.11 | * | 10.0 |

*see attached spreadsheet/Debtor has sent a request for Creditor to accept 10% interest

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits | Creditor | Collateral Description | Regular Pmt. | Arrearages |
|---|---|---|---|---|
|  |  |  |  |  |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| 0120 | OCWEN LOAN SERVICING | 1024 ROYAL MARQUIS CIRCLE OCOEE, FL 34761 |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address |
|---|---|---|
|  |  |  |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated in rem as to Debtor and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral Surrendered |
|---|---|---|
| 1951 | Fannie Mae | Lamplighter Way, Orlando, |

**(I) Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral Surrendered |
|---|---|---|
|  |  |  |

**6.    LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct. No. | Creditor | Property | Assume/ Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
|  |  |  |  |  |

**7.    GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $_____.

**8.    ADDITIONAL PROVISIONS:**

(A)    Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

(B)    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C)    Property of the estate (check one)*

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2) \_\_X\_\_ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (a) or (b) above, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W- 2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:** MONITORING FEE OF $50.00 PER MONTH TO BRANSONLAW BEGINNING MONTH 7

*Renee Smith*
**Debtor**                                Dated: 8/22/2017

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

| Smith, R | | DUE DATE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5/24/2017 | | | 10.0% | | | | | | | | | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | | MONITOR | | OCWEN | | |
| | 60 | | | 60 | | | | | | | | | | |
| 5/24/2017 | 1 | $0.00 | | $133.00 | $13.30 | | | $90.23 | | | 1 | at | pd direct | |
| 6/24/2017 | 2 | $0.00 | | $133.00 | $13.30 | | | $90.23 | | | | | | |
| 7/24/2017 | 3 | $0.00 | | $133.00 | $13.30 | | | $90.23 | | | | | | |
| 8/24/2017 | 4 | $0.00 | | $133.00 | $13.30 | | | $90.23 | | | | | | |
| 9/24/2017 | 5 | $0.00 | 5 at | $133.00 | $13.30 | 5 at | | $90.23 | | | | | | |
| 10/24/2017 | 6 | $0.00 | 1 at | $405.00 | $40.50 | 1 at | | $90.03 | 6 at | | | | | |
| 11/24/2017 | 7 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 12/24/2017 | 8 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 1/24/2018 | 9 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 2/24/2018 | 10 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 3/24/2018 | 11 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 4/24/2018 | 12 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 5/24/2018 | 13 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 6/24/2018 | 14 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 7/24/2018 | 15 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 8/24/2018 | 16 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 9/24/2018 | 17 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 10/24/2018 | 18 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 11/24/2018 | 19 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 12/24/2018 | 20 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 1/24/2019 | 21 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 2/24/2019 | 22 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 3/24/2019 | 23 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 4/24/2019 | 24 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 5/24/2019 | 25 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 6/24/2019 | 26 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 7/24/2019 | 27 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 8/24/2019 | 28 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 9/24/2019 | 29 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 10/24/2019 | 30 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 11/24/2019 | 31 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 12/24/2019 | 32 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 1/24/2020 | 33 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 2/24/2020 | 34 | $0.00 | | $441.00 | $44.10 | | | $72.43 | | 50.00 | | | | |
| 3/24/2020 | 35 | $0.00 | | $441.00 | $44.10 | 29 at | | $72.43 | | 50.00 | | | | |
| 4/24/2020 | 36 | $24.08 | | $441.00 | $44.10 | 1 at | | $48.35 | | 50.00 | | | | |
| 5/24/2020 | 37 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 6/24/2020 | 38 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 7/24/2020 | 39 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 8/24/2020 | 40 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 9/24/2020 | 41 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 10/24/2020 | 42 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 11/24/2020 | 43 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 12/24/2020 | 44 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 1/24/2021 | 45 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 2/24/2021 | 46 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 3/24/2021 | 47 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 4/24/2021 | 48 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 5/24/2021 | 49 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 6/24/2021 | 50 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 7/24/2021 | 51 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 8/24/2021 | 52 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 9/24/2021 | 53 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 10/24/2021 | 54 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 11/24/2021 | 55 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 12/24/2021 | 56 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 1/24/2022 | 57 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 2/24/2022 | 58 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 3/24/2022 | 59 | $72.43 | | $441.00 | $44.10 | | | | | 50.00 | | | | |
| 4/24/2022 | 60 | $72.43 | 54 at | $441.00 | $44.10 | | | | 54 at | 50.00 | | | | |
| | | | | | | | | | | | | | | |
| | | $1,762.40 | | $24,884.00 | $2,488.40 | | | $2,690.00 | | $2,700.00 | | | | |
| | | | | | | | | $2,690.00 | | $1,500.00 | | | | |
| | | #DIV/0! | | | | | | | | | | | | |

**Smith, R**

| Date | # | | RESERVE | | SETERUS | | IRS |
|---|---|---|---|---|---|---|---|
| | 60 | | | | | | |
| 5/24/2017 | 1 | | | 1 at | short sale | | 29.47 |
| 6/24/2017 | 2 | | | | | | 29.47 |
| 7/24/2017 | 3 | | | | | | 29.47 |
| 8/24/2017 | 4 | | | | | | 29.47 |
| 9/24/2017 | 5 | 5 at | | | | | 29.47 |
| 10/24/2017 | 6 | | 245.00 | | | | 29.47 |
| 11/24/2017 | 7 | | 245.00 | | | | 29.47 |
| 12/24/2017 | 8 | | 245.00 | | | | 29.47 |
| 1/24/2018 | 9 | | 245.00 | | | | 29.47 |
| 2/24/2018 | 10 | | 245.00 | | | | 29.47 |
| 3/24/2018 | 11 | | 245.00 | | | | 29.47 |
| 4/24/2018 | 12 | | 245.00 | | | | 29.47 |
| 5/24/2018 | 13 | | 245.00 | | | | 29.47 |
| 6/24/2018 | 14 | | 245.00 | | | | 29.47 |
| 7/24/2018 | 15 | | 245.00 | | | | 29.47 |
| 8/24/2018 | 16 | | 245.00 | | | | 29.47 |
| 9/24/2018 | 17 | | 245.00 | | | | 29.47 |
| 10/24/2018 | 18 | | 245.00 | | | | 29.47 |
| 11/24/2018 | 19 | | 245.00 | | | | 29.47 |
| 12/24/2018 | 20 | | 245.00 | | | | 29.47 |
| 1/24/2019 | 21 | | 245.00 | | | | 29.47 |
| 2/24/2019 | 22 | | 245.00 | | | | 29.47 |
| 3/24/2019 | 23 | | 245.00 | | | | 29.47 |
| 4/24/2019 | 24 | | 245.00 | | | | 29.47 |
| 5/24/2019 | 25 | | 245.00 | | | | 29.47 |
| 6/24/2019 | 26 | | 245.00 | | | | 29.47 |
| 7/24/2019 | 27 | | 245.00 | | | | 29.47 |
| 8/24/2019 | 28 | | 245.00 | | | | 29.47 |
| 9/24/2019 | 29 | | 245.00 | | | | 29.47 |
| 10/24/2019 | 30 | | 245.00 | | | | 29.47 |
| 11/24/2019 | 31 | | 245.00 | | | | 29.47 |
| 12/24/2019 | 32 | | 245.00 | | | | 29.47 |
| 1/24/2020 | 33 | | 245.00 | | | | 29.47 |
| 2/24/2020 | 34 | | 245.00 | | | | 29.47 |
| 3/24/2020 | 35 | | 245.00 | | | | 29.47 |
| 4/24/2020 | 36 | | 245.00 | | | | 29.47 |
| 5/24/2020 | 37 | | 245.00 | | | | 29.47 |
| 6/24/2020 | 38 | | 245.00 | | | | 29.47 |
| 7/24/2020 | 39 | | 245.00 | | | | 29.47 |
| 8/24/2020 | 40 | | 245.00 | | | | 29.47 |
| 9/24/2020 | 41 | | 245.00 | | | | 29.47 |
| 10/24/2020 | 42 | | 245.00 | | | | 29.47 |
| 11/24/2020 | 43 | | 245.00 | | | | 29.47 |
| 12/24/2020 | 44 | | 245.00 | | | | 29.47 |
| 1/24/2021 | 45 | | 245.00 | | | | 29.47 |
| 2/24/2021 | 46 | | 245.00 | | | | 29.47 |
| 3/24/2021 | 47 | | 245.00 | | | | 29.47 |
| 4/24/2021 | 48 | | 245.00 | | | | 29.47 |
| 5/24/2021 | 49 | | 245.00 | | | | 29.47 |
| 6/24/2021 | 50 | | 245.00 | | | | 29.47 |
| 7/24/2021 | 51 | | 245.00 | | | | 29.47 |
| 8/24/2021 | 52 | | 245.00 | | | | 29.47 |
| 9/24/2021 | 53 | | 245.00 | | | | 29.47 |
| 10/24/2021 | 54 | | 245.00 | | | | 29.47 |
| 11/24/2021 | 55 | | 245.00 | | | | 29.47 |
| 12/24/2021 | 56 | | 245.00 | | | | 29.47 |
| 1/24/2022 | 57 | | 245.00 | | | | 29.47 |
| 2/24/2022 | 58 | | 245.00 | | | | 29.47 |
| 3/24/2022 | 59 | | 245.00 | | | | 29.47 |
| 4/24/2022 | 60 | 55 at | 245.00 | | | 60 at | 29.47 |
| | | | $13,475.00 | | | | $1,768.20 |
| | | | $13,475.00 | | | | $1,600.00 |
| | | | 12,492.00 @ 10% | | | | at 4% |

```
Label Matrix for local noticing          Federal National Mortgage Association    Renee Elizabeth Smith
113A-6                                   c/o Popkin & Rosaler, P.A.                1024 Royal Marquis Circle
Case 6:17-bk-03148-CCJ                   1701 W. Hillsboro Blvd. Suite 400         Ocoee, FL 34761-9196
Middle District of Florida               Deerfield Beach, FL 33442-1572
Orlando
Tue Aug 22 16:20:59 EDT 2017

The Reserve at Ocoee Homeowners Association,   U.S. Bank National Association     Ability Recovery Servi
The Association Law Firm, PLLC           Robertson, Anschutz & Schneid, P.L.      Po Box 4031
135 W. Central Blvd., Suite 1150         6409 Congress Avenue, Suite 100          Wyoming, PA 18644-0031
Orlando, FL 32801-2479                   Boca Raton, FL 33487-2853


Altair OH XIII, LLC                      American Profit Recovery                 Business Revenue Syste
C O WEINSTEIN & RILEY, PS                34405 West 12 Miles Road #333            2419 Spy Run Ave
2001 WESTERN AVENUE, STE 400             Farmington Hills, MI 48331-5608          Ste B
SEATTLE, WA 98121-3132                                                            Fort Wayne, IN 46805-3262


Chase Card Services                      Florida Department of Revenue            Florida Housing Finance Corp
Correspondence Dept                      Bankruptcy Unit                          Attn.: Homeownerships Progra
Po Box 15278                             Post Office Box 6668                     227 North Bronought Street
Wilmington, DE 19850-5278                Tallahassee FL 32314-6668                Suite 5000
                                                                                  Tallahassee, FL 32301-1367


Internal Revenue Service                 Ocwen Loan Servicing                     OneMain Financial
PO Box 7346                              Attn: Research Dept                      PO BOX 3251
Philadelphia, PA 19101-7346              1661 Worthington R Ste 100               EVANSVILLE, IN 47731-3251
                                         West Palm Beach, FL 33409-6493


Orange County Tax Collector              Plain Green Loans                        (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 545100                            93 Mack Rd  Ste 600                      PO BOX 41067
Orlando FL 32854-5100                    Po Box 270                               NORFOLK VA 23541-1067
                                         Box Elder, MT 59521-0270


Professional Adjmnt Co                   Quantum3 Group LLC as agent for          Reserve at Ocoee
14410 Metropolis Ave                     MOMA Funding LLC                         1645 East Highway 50
Fort Myers, FL 33912-4341                PO Box 788                               Suite 201
                                         Kirkland, WA  98083-0788                 Clermont, FL 34711-5199


Revmd                                    Seterus Inc                              (p)SPRINGLEAF FINANCIAL SERVICES
1111 Pasquinelli Dr.                     14523 Sw Millikan Way St                 P O BOX 3251
Westmont, IL 60559-1241                  Beavertton, OR 97005-2352                EVANSVILLE IN 47731-3251


The Reserve at Ocoee HOA                 Laurie K Weatherford +                   Robert B Branson +
Stacey N. Jiunto                         Post Office Box 3450                     BransonLaw PLLC
The Association Law Firm, PLLC           Winter Park, FL 32790-3450               1501 E. Concord Street
135 W. Central Blvd., Suite 1150                                                  Orlando, FL 32803-5411
Orlando, FL 32801-2479


United States Trustee - ORL7/13 7+       Brian L Rosaler +                        Stacey N Jiunto +
Office of the United States Trustee      Popkin & Rosaler PA                      The Association Law Firm, PLLC
George C Young Federal Building          1701 West Hillsboro Boulevard            135 W Central Blvd Ste 1150
400 West Washington Street, Suite 1100   Suite 400                                Orlando, FL 32801-2479
Orlando, FL 32801-2210                   Deerfield Beach, FL 33442-1572
```

April G Harriott +
Roberson, Anschutz & Schneid, PL
6409 Congress Avenue
Boca Raton, FL 33487-2853

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

Springleaf Financial Services
601 Nw 2nd Street
Evansville, IN 47708

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33